UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KANONIE HALL,** ) | Case No.  **1:12 CV 2193** |
| ) | |
| Plaintiff, ) | Judge **Dan Aaron Polster** |
| ) | |
| vs. ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| **COMMISSIONER OF SOC. SECURITY,** ) | |
| ) | |
| Defendant. ) | |

On August 28, 2012, Plaintiff Kanonie Hall, representing himself, filed a complaint seeking judicial review of the final decision of Defendant Commissioner of Social Security denying his applications for disability insurance benefits ("DIB") and supplemental security income ("SSI").  (Doc #: 1.)  On July 2, 2013, the Magistrate Judge to whom this case was referred issued a Report & Recommendation ("R&R") recommending that the Court affirm the decision of the Commissioner because the Commissioner's decision is supported by substantial evidence.  (Doc #: 17.)

Both before and after the R&R issued, Mr. Hall, an ex-convict who has battled drug addiction, filed numerous Motions to Expedite Payment of SSI to which he believes he is entitled – and to which the Commissioner has not responded.  (Doc ##: 15, 16, 18, 20.)  On July 17, 2013, he filed an objection to the R&R which, for the most part, is nonsensical.  (Doc #: 22.)  Finally, on July 19, he filed a motion to withdraw all motions, filings and claims because he "love[s] Jesus Christ."  (Doc #: 23.)

The Court has reviewed the R&R which notes the Administrative Law Judge's finding that Mr. Hall can perform medium work with certain limitations when he is sober. The Court agrees that this finding is supported by substantial evidence. Accordingly, the Court **OVERRULES** Mr. Hall's withdrawn objections; **ADOPTS** the R&R in its entirety; and **DISMISSES** this case.

**IT IS SO ORDERED.**

 /s/ Dan A. Polster     July 22, 2013  
**Dan Aaron Polster**  
**United States District Judge**